JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-03006-KK-DTBx** | Date: | December 1, 2025 |
|---|---|---|---|

| Title: | ***Janet Robinson v. Synchrony Bank et al.*** |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order DISMISSING Action

On July 17, 2025, plaintiff Janet Robinson ("Plaintiff") filed a Complaint against defendants Synchrony Bank and Walmart Inc. ("Defendants"), asserting various claims arising from alleged electronic fund withdrawals and related credit reporting actions.  See Janet Robinson v. Synchrony Bank et al., Case No. 5:25-1814-KK-SP ("First Action"), ECF Docket No. ("Dkt.") 1.  On November 5, 2025, the Court dismissed defendant Walmart Inc. from the First Action for Plaintiff's failure to prosecute and comply with Court orders.  See id., dkt. 41.

On November 9, 2025, Plaintiff filed the instant action against Defendants.  Dkt. 1.  In the instant action, Plaintiff, once again, asserts various claims from the same alleged electronic fund withdrawals and related credit reporting actions as in the First Action.  Id.

Accordingly, on November 17, 2025, the Court issued an Order to Show Cause ("OSC") as to why the action should not be dismissed as duplicative.  Dkt. 8.  The Court further noted that the instant action "appears to be a deliberate attempt to circumvent orders issued by the Court in the First Action."  Id.  Plaintiff was ordered to file a response no later than November 24, 2025.  Id.  Plaintiff was specifically warned that failure to timely file a response to the OSC would result in the action being dismissed.  Id.

To date, Plaintiff has not filed a response to the Court's OSC.  Thus, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

**IT IS SO ORDERED**.